**Paul CARRICK, Plaintiff–Appellant,**

v.

**SANTA CRUZ COUNTY ASSES-
SOR/RECORDER; et al., De-
fendants–Appellees.**

**No. 13–17236.**

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 17, 2015.*

Filed March 2, 2015.

Paul Carrick, Los Gatos, CA, pro se.

Tamyra Ann Rice, Assistant Counsel,
Santa Cruz, CA, for Defendant–Appellee.

Before: O'SCANNLAIN, LEAVY, and
FERNANDEZ, Circuit Judges.

MEMORANDUM **

Paul Carrick appeals pro se from the
district court's judgment dismissing his ac-
tion under the Quiet Title Act, 28 U.S.C.
§ 2409a, and the Homestead Act of 1862,
43 U.S.C. § 161 et seq. (repealed 1976),
challenging legal proceedings relating to
his real property. We have jurisdiction
under 28 U.S.C. § 1291. We review de
novo, *Mpoyo v. Litton Electro–Optical
Sys.*, 430 F.3d 985, 987 (9th Cir.2005), and
we affirm.

The district court properly dismissed
the action because Carrick's claims were

raised, or could have been raised, in a
prior federal action between the parties
that resulted in a final judgment on the
merits. *See id.* (res judicata elements and
requirements for identity of claims); *Stew-
art v. U.S. Bancorp,* 297 F.3d 953, 957 (9th
Cir.2002) ("a dismissal for failure to state a
claim under Rule 12(b)(6) is a judgment on
the merits to which res judicata applies")
(citation and internal quotation marks
omitted); *see also Sosa v. DIRECTV, Inc.,*
437 F.3d 923, 928 (9th Cir.2006) (district
court judgment is final for res judicata
purposes during pendency of appeal).

We reject as unpersuasive Carrick's con-
tentions regarding the impact of a purport-
ed land patent applying to his property,
and his contentions regarding the purport-
ed removal of the state court action to
federal court.

**AFFIRMED.**

---

* The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and is not precedent except as provid-
ed by 9th Cir. R. 36–3.

